UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVEN YORMAK,

    Plaintiff,

v.                                      Case No: 2:14-cv-33-FtM-29CM

BENJAMIN H. YORMAK and
YORMAK EMPLOYMENT &
DISABILITY LAW,

    Defendants.

## ORDER

Before the Court is Defendants' Second Motion for Entry of Confidentiality Agreement[1] (Doc. 57) and Plaintiff *pro se* Steven Yormak's Response (Doc. 71). On September 16, 2014, the Court entered an Order granting Plaintiff's Motion to Compel in part, ordering the production of Defendant Yormak Employment & Disability Law's ("Yormak Law") federal income tax returns and year-end income statements for years 2010, 2011, 2012, and 2013. Doc. 33. In that Order, the Court suggested that the parties enter into a mutually agreeable confidentiality agreement in which they could agree to limit review and disclosure of the financial records. *Id.* The parties have been unable to come to an agreement and have each submitted their own version of a confidentiality agreement. Docs. 57-1, 71-2. The Court notes that the parties were able to reach an agreement on most of the terms of an agreement.

---

[1] The Court denied Defendants' first request without prejudice because the parties were still working together to come to an agreement on the terms of a stipulated confidentiality order. Doc. 49.

Although the Court encourages parties to enter into private confidentiality agreements, the Court may enter a protective order if good cause is shown to protect a party or person from "annoyance, embarrassment, oppression, or undue burden or expense." *See* Fed. R. Civ. P. 26(c). The parties are in agreement that a confidentiality order should be entered in order to ensure that sensitive financial and proprietary information remain confidential, and the Court agrees. Based upon its review of the parties' submissions, the Court intends to enter the attached confidentiality order. The Court will allow the parties a short period of time to review the confidentiality order, meet and confer regarding its contents, and file any proposed changes with the Court.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendants' Second Motion for Entry of Confidentiality Agreement (Doc. 57) is **GRANTED in part.** The parties shall have up to and including **December 15, 2014** to file any proposed changes to the attached confidentiality order. **If the Court does not receive any proposed changes by this date, it will enter the attached confidentiality order as written.**

**DONE** and **ORDERED** in Fort Myers, Florida on this 5th day of December, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record
Unrepresented party