UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVEN YORMAK,

       Plaintiff,

v.                              Case No:  2:14-cv-33-FtM-29CM

BENJAMIN H. YORMAK and
YORMAK EMPLOYMENT &
DISABILITY LAW,

       Defendants.

_____

## ORDER

Before the Court is Plaintiff *pro se* Steven Yormak's Motion to Seal Unreadacted Response to Defendant Motion to Quash Subpoenas on Non-Parties and Protective Order; and Motion for Sanctions and Order to Compel Compliance With Magistrate Order for Production Pursuant to Plaintiff Interrogatory #2 (Doc. 95, "Motion to Compel"), filed on December 22, 2014.  Defendant Yormak Employment & Disability Law filed a response in opposition (Doc. 97), and Defendant Benjamin H. Yormak joined in the opposition (Doc. 98).  Plaintiff also has filed a Supplement to the Motion to Compel, to Replace Exhibit C; and Compel Defendant to Comply with Magistrate Order of December 5, 2014 and Re-Attend Deposition (Doc. 99, "Supplement").  Because Plaintiff makes multiple requests for relief in both the Motion to Compel and Supplement, some of which are now moot and not ripe for the Court's review at this time, the Court will deny the motion without prejudice. Further, the Court notes that although the Motion to Compel and its exhibits contain

confidential information protected by the Confidentiality Order entered in this case (Doc. 91), Plaintiff failed to provide the Court with a redacted version of the motion or request the unredacted version be filed under seal.   Thus, the Court will direct the Clerk to place the motion and exhibits under seal.

Plaintiff's Motion to Compel and Supplement request that the Court compel non-parties Roger Miller ("Miller"), Creative Accounting Solutions, Inc. ("Creative"), J.O., and P.P. to sit for their depositions and for Defendant Yormak to sit for a second deposition.   He also requests that the Court compel Defendants to fully respond to Interrogatory No. 2 of Plaintiff's First Set of Interrogatories, which the Court previously directed Defendants to supplement their responses.   Doc. 87 at 7-8.

On December 19, 2014, the Court entered an Order quashing the non-party subpoenas issued to Miller, Creative, J.O., and P.P.[1]  Doc. 94.   The Court therefore finds that the request to compel the non-parties to sit for depositions is moot and not ripe for the Court's review as it is not clear that Plaintiff has re-issued subpoenas to these non-parties.   Further, although part of the relief requested is to seal the unreadacted response, Plaintiff failed to provide the Court with a redacted version of the pleading for public filing and did not comply with Local Rule 1.09, which requires Plaintiff to first move for leave to file the pleading under seal prior to its filing.   In

---

[1] In its Order, the Court only found that the documents requested of these individuals would contain information that the Court previously determined was irrelevant or privileged and therefore quashed the subpoenas.   The Court did not determine that Plaintiff could not depose the non-parties.   The Court noted that Plaintiff could reissue the subpoenas in compliance with the Federal and Local Rules, and within the scope of what the Court has previously found is discoverable.   Doc. 94 at n.6.

the future, if Plaintiff intends to file *pleadings or exhibits* that contain confidential information as set forth in Confidentiality Order agreed to by the parties (Doc. 91), Plaintiff shall either submit a redacted version of the filings or move to file the documents under seal prior to filing.   *See* Doc. 91 at ¶ 8.

Finally, the Court informs Plaintiff that each motion should contain only one request for relief.   Plaintiff may refile a motion to compel in compliance with this Order, and include all arguments he wishes to raise after he has met and conferred with opposing counsel pursuant to Local Rule 3.01(g).   Following any future filings, the Court will be inclined to set the matter for hearing to address any discovery issues.

ACCORDINGLY, it is hereby

**ORDERED:**

1.    Plaintiff *pro se* Steven Yormak's Motion to Seal Unreadacted Response to Defendant Motion to Quash Subpoenas on Non-Parties and Protective Order; and Plaintiff Motion for Sanctions and Order to Compel Compliance With Magistrate Order for Production Pursuant to Plaintiff Interrogatory #2 (Doc. 95) is **DENIED AS MOOT IN PART AND WITHOUT PREJUDICE IN PART** in accordance with this Order.

2.    The Clerk of Court is directed to place Doc. 95 and its exhibits under seal.

**DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of January, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record
Unrepresented party