UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVEN YORMAK,

    Plaintiff,

v.                                        Case No:  2:14-cv-33-FtM-29CM

BENJAMIN H. YORMAK and
YORMAK EMPLOYMENT &
DISABILITY LAW,

    Defendants.

## ORDER

Before the Court is Plaintiff *pro se* Steven Yormak's Motion to Partially Seal Plaintiff's Objection to Magistrate's Report and Recommendation (Doc. 173), filed on April 9, 2015. Plaintiff seeks leave to file an unredacted version of Plaintiff's Objection to Magistrate's Report and Recommendation, under seal, because the filings contain Defendants' confidential, sensitive financial information protected by the parties' Confidentiality Order. Doc. 173; Doc. 91 at ¶ 8. Plaintiff has provided the Court with both redacted and unredacted versions of the motion he seeks leave to file.

The Motion to Partially Seal does not comply with Local Rule 3.01(g), as it fails to contain a certification that Plaintiff met and conferred with opposing counsel in an effort to resolve the issues raised prior to filing the motion. The Court informed Plaintiff of this requirement on January 8, 2015. Doc. 102. Thus, the Court will

deny the motion without prejudice because it fails to include a Local Rule 3.01(g) certification.  The motion may be refiled in accordance with the Local Rules.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motions to Partially Seal (Docs. 173) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 21st day of April, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record
Unrepresented party