UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVEN YORMAK,

    Plaintiff,

v.   Case No: 2:14-cv-33-FtM-29CM

BENJAMIN H. YORMAK and
YORMAK EMPLOYMENT &
DISABILITY LAW,

    Defendants.

## ORDER

Before the Court is *pro se* Plaintiff Steven Yormak's Motion to Partially Seal Plaintiff's Objection to Magistrate's Report and Recommendation (Doc. 183), filed on May 4, 2015.[1] Plaintiff seeks leave to file under seal portions of his Objection and exhibits that contain sensitive financial information protected by the parties' Confidentiality Order.[2] Doc. 91 at ¶ 8. The Court has reviewed the proposed filings and finds it appropriate for the documents to be filed under seal pursuant to the parties' Confidentiality Order.

---

[1] Plaintiff's prior motion for leave to file portions of his Objection under seal was denied without prejudice for failure to comply with Local Rule 3.01(g). Doc. 175. After Plaintiff failed to re-file the motion to seal, or otherwise file objections to the Report and Recommendation, the Court entered an Order noting it was unclear whether Plaintiff intended to object to the Report and Recommendation and permitting Plaintiff additional time during which to do so. Doc. 182. Plaintiff's instant motion contains a Local Rule 3.01(g) certification that appears to state the motion is unopposed, although it is not entirely clear.

[2] The only document that appears to contain redacted information is the Supplement to Expert Report of Heinz E. Ickert (Doc. 183-2).

ACCORDINGLY, it is hereby

**ORDERED**:

Plaintiff Steven Yormak's Motion to Partially Seal Plaintiff's Objection to Magistrate's Report and Recommendation (Doc. 183) is **GRANTED**. The Clerk is directed to file the unredacted documents under seal.

**DONE** and **ORDERED** in Fort Myers, Florida on this 7th day of May, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record
*Pro se* parties